AO-WAWD 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| Colleen Warness | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| City of Snohomish and Corey and Krista Cook | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   City of Snohomish Clerk        Corey and Krista Cook
                                       Torchie Corey                  2627 141st NW
                                       116 Union Avenue               Marysville, WA 98271
                                       Snohomish, WA 98290

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 20 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*