|  |  |
|---|---|
| **Donna M Jackson**/WAWD/09/USCOURTS<br>08/03/2009 03:57 PM | To  Paula McNabb/WAWD/09/USCOURTS@USCOURTS<br>cc<br>bcc<br>Subject  Fw: New Civil Case Filing |

C09-1098JLR.    Receipt #: SEA28025.   S/iss.

~donna

----- Forwarded by Donna M Jackson/WAWD/09/USCOURTS on 08/03/2009 03:55 PM -----



|  |  |
|---|---|
| "Jule S. Sprenger" <jule@aoki-sakamoto.com><br>08/03/2009 02:02 PM | To  <newcases.seattle@wawd.uscourts.gov><br>cc<br>Subject  New Civil Case Filing |

Good Afternoon,
Attached are our Civil Cover Sheet, Summons and Plaintiff's Complaint for Damages.  We will be contacting the clerk's office with our credit card information in order to pay the $350.00 filing fee.
Thank you for your attention to this matter.

*Jule Sprenger*
*Legal Assistant*

**AOKI | SAKAMOTO | GRANT LLP**
One Convention Place
701 Pike Street, Suite 1525
Seattle, WA  98101
Tel: (206) 624-1900
Fax: (206) 442-4396

NOTICE: This communication may contain privileged or other confidential information.  Any unauthorized use is prohibited.  If you are not the intended recipient, please contact the sender by reply email and immediately destroy all copies of the original message and any attachments without copying or disclosing their contents.

 
Summons.pdf    Civil Cover Sheet.pdf    Complaint.pdf