HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLLEEN WARNESS, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SNOHOMISH, a municipal corporation, and COREY and KRISTA COOK, husband and wife and their marital community,<br><br>　　　　　　　　Defendants. | No. CV09-1098 JLR<br><br>NOTICE OF APPEARANCE |

TO　　　　:　　Colleen Warness

AND TO　　:　　Jeffrey Grant and Peter Mazzone, Plaintiff's counsel.

AND TO　　:　　THE CLERK OF THE ABOVE-ENTITLED COURT

　　YOU, AND EACH OF YOU, WILL PLEASE BE ADVISED AND TAKE NOTICE that the undersigned appears as attorney of record for City of Snohomish, Defendant without waiving any defects as to lack of jurisdiction over subject matter, lack of jurisdiction over person, improper venue, insufficiency of process, insufficiency of service of process, misjoinder or non-joinder, and hereby requests that any and all further pleadings

NOTICE OF APPEARANCE- 1
Cause No. CV09-1098
K:\JLF\wcia29040\p-080609-NOA.doc

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

1  or notices of any nature or kind whatsoever affecting the rights of said parties, except

2  original process, be served upon the undersigned attorneys at the address stated below.

3  DATED this 21st day of August, 2009.

4  KEATING, BUCKLIN & MCCORMACK, INC., P.S.

5  s/Jayne L. Freeman
Jayne L. Freeman, WSBA 24318
6  Attorney for Defendant City of Snohomish
Keating, Bucklin & McCormack, Inc., P.S.
7  800 Fifth Avenue, Ste. 4141
Seattle, WA 98104
8  206-623-8861
206-223-9423 Fax
9  jfreeman@kbmlawyers.com

NOTICE OF APPEARANCE- 2
Cause No. CV09-1098
K:\JLF\wcia29040\p-080609-NOA.doc

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

# DECLARATION OF SERVICE

I hereby certify that on August 21, 2009, I electronically filed *Defense Counsel's Notice of Appearance for City of Snohomish* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey C. Grant
Aoki Sakmoto Grant
701 Pike Street, Ste. 1525
Seattle, WA 98101
Jeffrey@aoki-sakamoto.com

Peter Mazzone
Mazzone & Markwell
2910 Colby Avenue, Ste. 200
Everett, WA 98201
peterm@pmjustice.com

s/Valerie Macan
Keating, Bucklin & McCormack, Inc., P.S.
800 Fifth Avenue, Ste. 4141
Seattle, WA 98104
206-623-8861
206-223-9423 Fax

NOTICE OF APPEARANCE- 3
Cause No. CV09-1098
K:\JLF\wcia29040\p-080609-NOA.doc

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423